UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS DEMON LAKE<br>CDCR #BG-6697,<br><br>                                          Plaintiff,<br><br>v.<br><br>A. JORRIN,<br><br>                                          Defendant. | Case No.:  23cv1293-DMS (KSC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On June 28, 2023, Darius Demon Lake ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, accompanied by a Motion to proceed In Forma Pauperis ("IFP").  (ECF Nos. 1–2.)  On August 18, 2023, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1).  (ECF No. 5.)  Plaintiff was granted leave to amend within forty-five (45) days of the date of that Order, and was specifically instructed that if he failed to file an Amended Complaint within the time provided, the Court will enter a final Order dismissing this civil action based both on (1) Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and (2) his failure to prosecute in compliance with a court order requiring

amendment.  (*Id*. at 7, citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").)  To date, Plaintiff has not filed an Amended Complaint.

      Accordingly, the Court **DISMISSES** this action without prejudice.  The Clerk of Court shall enter judgment accordingly.

      **IT IS SO ORDERED**.

Dated: December 1, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court